## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

COREY B. SANDERS, ADC #113737                                                                                      PETITIONER

v.                                                     NO. 5:14cv00411 JLH/JTR

LARRY NORRIS, Interim Director,
Arkansas Department of Correction                                                                                  RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED WITHOUT PREJUDICE.

DATED this 10th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE